# UNITED STATES BANKRUPTCY COURT

# FOR THE

# EASTERN DISTRICT OF VIRGINIA

In Re:
Carlos A Chacon                                              Case # 21-10229-BFK

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

| PAYEE | AMOUNT |
|---|---|
| CARLOS A CHACON<br>6222 Clara Edward Terrace<br>Alexandria, VA   22310 | $3,510.00 |

Dated:        October 12, 2021            __/s/Thomas P. Gorman_____
                                          Thomas P. Gorman
                                          300 North Washington Street, Ste. 400
                                          Alexandria, VA 22314
                                          (703) 836-2226
                                          VSB#26421